IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIODELIVERY SCIENCES INTERNATIONAL, INC. and ARIUS TWO, INC., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) C.A. No. _____ |
| CHEMO RESEARCH, S.L., INSUD PHARMA S.L.U., INTELGENX CORP., INTELGENX TECHNOLOGIES CORP., and XIROMED, LLC | ) ) ) ) |
| Defendants. | ) ) ) |

**SUPPLEMENTAL INFORMATION FOR PATENT CASES
INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)**

Plaintiffs hereby provide the information below with respect to the deadlines set forth in 21 U.S.C. 355(j):

| | |
|---|---|
| Date Patentee Received Notice: | On or about August 1, 2022 |
| Dates of Expiration of Patents in Suit: U.S. Patent No. 8,147,866: | July 23, 2027 |
| U.S. Patent No. 9,655,843: | July 23, 2027 |
| U.S. Patent No. 9,901,539: | December 21, 2032 |
| Thirty-Month Stay Deadline: | On or about February 1, 2025 |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jtigan@morrisnichols.com
*Attorneys for Plaintiffs*

September 12, 2022