IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BIODELIVERY SCIENCES INTERNATIONAL, INC. and ARIUS TWO, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. _____ |
| CHEMO RESEARCH, S.L., INSUD PHARMA S.L.U., INTELGENX CORP., INTELGENX TECHNOLOGIES CORP., and XIROMED, LLC | ) ) ) ) | |
| Defendants. | ) ) ) | |

## PLAINTIFFS' FED. R. CIV. P. 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs BioDelivery Sciences International, Inc. ("BDSI") and Arius Two, Inc. ("Arius") file this Disclosure Statement.

Plaintiff BDSI states that it is a publicly held corporation organized and existing under the laws of the state of Delaware. Plaintiff BDSI states that Collegium Pharmaceutical, Inc. is the parent corporation of BioDelivery Sciences International, Inc. and is a publicly held corporation which owns more than 10% of BDSI's stock.

Plaintiff Arius states that it is wholly owned subsidiary of parent company BDSI.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jtigan@morrisnichols.com
*Attorneys for Plaintiffs*

September 12, 2022