# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIODELIVERY SCIENCES INTERNATIONAL, INC. and ARIUS TWO, INC., <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> CHEMO RESEARCH S.L., INSUD PHARMA S.L.U., INTELGENX CORP., INTELGENX TECHNOLOGIES CORP., and XIROMED, LLC, <br><br> Defendants/Counterclaim Plaintiffs. | C.A. No. 22-1196-CFC |

**CORPORATE DISCLOSURE STATEMENT OF CHEMO RESEARCH S.L.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Chemo Research S.L. ("Chemo Research") by its undersigned counsel, hereby makes the following disclosures:

Chemo Research is a privately held company organized and existing under the laws of Spain. Chemo Research is a wholly-owned, indirect subsidiary of Insud Pharma S.L.U. No publicly traded corporation owns 10% or more of Chemo Research's stock.

| | |
|---|---|
| Dated: November 10, 2022<br><br>OF COUNSEL:<br><br>Dennies Varughese, Pharm. D.<br>Adam C. LaRock<br>Josephine Kim<br>Tyler C. Liu<br>Ryan E. Conkin<br>STERNE, KESSLER, GOLDSTEIN<br> & FOX P.L.L.C<br>1100 New York Avenue NW<br>Suite 600<br>Washington, DC 20005<br>(202) 371-2600<br>dvarughese@sternekessler.com<br>alarock@sternekessler.com<br>joskim@sternekessler.com<br>tliu@sternekessler.com<br>rconkin@sternekessler.com<br><br>*Attorneys for Chemo Research S.L., Insud Pharma S.L.U., and Xiromed, LLC* | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Anne Shea Gaza*<br>Anne Shea Gaza (No. 4093)<br>Samantha G. Wilson (No. 5816)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>swilson@ycst.com<br><br>*Attorneys for Defendants/Counterclaim Plaintiffs* |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 10, 2022, a copy of the foregoing document was served on the persons listed below in the manner indicated:

**BY E-MAIL**

| | |
|---|---|
| Jack B. Blumenfeld | Howard W. Levine |
| Jeremy A. Tigan | Pejmon Pashai |
| Morris, Nichols, Arsht & Tunnell LLP | Dechert LLP |
| 1201 North Market Street | 1900 K Street NW |
| P.O. Box 1347 | Washington, DC 20006 |
| Wilmington, DE 19899 | howard.levine@dechert.com |
| jblumenfeld@mnat.com | pejmon.pashai@dechert.com |
| jtigan@mnat.com | |
| | Jennifer S. Swan |
| Shyam Shanker | Dechert LLP |
| Dechert LLP | 3000 El Camino Real |
| Three Bryant Park | Five Palo Alto Square, Suite 650 |
| 1095 Avenue of the Americas | Palo Alto, CA 94306 |
| New York, NY 10036 | jennifer.swan@dechert.com |
| shyam.shanker@dechert.com | |
| | Brian M. Goldberg |
| | Dechert LLP |
| | Cira Centre |
| | 2929 Arch Street |
| | Philadelphia, PA 19104 |
| AllBDSIChemo@dechert.com | brian.goldberg@dechert.com |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Anne Shea Gaza*
Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
swilson@ycst.com

*Attorneys for Defendants/Counterclaim Plaintiffs*