IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIODELIVERY SCIENCES INTERNATIONAL, INC. and ARIUS TWO, INC., <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> CHEMO RESEARCH S.L., INSUD PHARMA S.L.U., INTELGENX CORP., INTELGENX TECHNOLOGIES CORP., and XIROMED, LLC, <br><br> Defendants/Counterclaim Plaintiffs. | C.A. No. 22-1196-CFC |

## CORPORATE DISCLOSURE STATEMENT OF XIROMED, LLC

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and this Court's Standing Order Regarding Disclosure Statements Required by Federal Rule of Civil Procedure 7.1, dated April 18, 2022, Defendant Xiromed, LLC ("Xiromed") by its undersigned counsel, hereby makes the following disclosures:

Xiromed is a limited liability company organized and existing under the laws of the State of New Jersey. Xiromed's sole member is EX USA Holding Corp. The sole shareholder of EX USA Holding Corp. is Exeltis Pharmaceuticals Holding, S.L.U. The sole shareholder of Exeltis Pharmaceuticals Holding, S.L.U. is Defendant Insud Pharma S.L.U. No publicly traded corporation owns 10% or

more of Xiromed's stock.

| | |
|---|---|
| Dated: November 10, 2022<br><br>OF COUNSEL:<br><br>Dennies Varughese, Pharm. D.<br>Adam C. LaRock<br>Josephine Kim<br>Tyler C. Liu<br>Ryan E. Conkin<br>STERNE, KESSLER, GOLDSTEIN<br> & FOX P.L.L.C<br>1100 New York Avenue NW<br>Suite 600<br>Washington, DC 20005<br>(202) 371-2600<br>dvarughese@sternekessler.com<br>alarock@sternekessler.com<br>joskim@sternekessler.com<br>tliu@sternekessler.com<br>rconkin@sternekessler.com<br><br>*Attorneys for Chemo Research S.L., Insud Pharma S.L.U., and Xiromed, LLC* | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Anne Shea Gaza*<br>Anne Shea Gaza (No. 4093)<br>Samantha G. Wilson (No. 5816)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>swilson@ycst.com<br><br>*Attorneys for Defendants/Counterclaim Plaintiffs* |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 10, 2022, a copy of the foregoing document was served on the persons listed below in the manner indicated:

**BY E-MAIL**

Jack B. Blumenfeld
Jeremy A. Tigan
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
jtigan@mnat.com

Shyam Shanker
Dechert LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
shyam.shanker@dechert.com

AllBDSIChemo@dechert.com

Howard W. Levine
Pejmon Pashai
Dechert LLP
1900 K Street NW
Washington, DC 20006
howard.levine@dechert.com
pejmon.pashai@dechert.com

Jennifer S. Swan
Dechert LLP
3000 El Camino Real
Five Palo Alto Square, Suite 650
Palo Alto, CA 94306
jennifer.swan@dechert.com

Brian M. Goldberg
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
brian.goldberg@dechert.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Anne Shea Gaza*
Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
swilson@ycst.com

*Attorneys for Defendants/Counterclaim Plaintiffs*