# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIODELIVERY SCIENCES INTERNATIONAL, INC. and ARIUS TWO, INC., <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> CHEMO RESEARCH S.L., INSUD PHARMA S.L.U., INTELGENX CORP., INTELGENX TECHNOLOGIES CORP., and XIROMED, LLC, <br><br> Defendants/Counterclaim Plaintiffs. | C.A. No. 22-1196-CFC |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 10, 2022, a copy of the following was served on the persons listed below in the manner indicated:

1) Defendants/Counterclaim Plaintiffs' Production of Abbreviated New Drug Application No. 212036

**BY E-MAIL**

Jack B. Blumenfeld
Jeremy A. Tigan
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
jtigan@mnat.com

Howard W. Levine
Pejmon Pashai
Dechert LLP
1900 K Street NW
Washington, DC 20006
howard.levine@dechert.com
pejmon.pashai@dechert.com

| | |
|---|---|
| Shyam Shanker<br>Dechert LLP<br>Three Bryant Park<br>1095 Avenue of the Americas<br>New York, NY 10036<br>shyam.shanker@dechert.com | Jennifer S. Swan<br>Dechert LLP<br>3000 El Camino Real<br>Five Palo Alto Square, Suite 650<br>Palo Alto, CA 94306<br>jennifer.swan@dechert.com |
| AllBDSIChemo@dechert.com | Brian M. Goldberg<br>Dechert LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19104<br>brian.goldberg@dechert.com |

PLEASE TAKE FURTHER NOTICE that on November 11, 2022, a copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and will be served by email on the persons listed above.

| | |
|---|---|
| Dated: November 11, 2022<br><br>OF COUNSEL:<br><br>Dennies Varughese, Pharm. D.<br>Adam C. LaRock<br>Josephine Kim<br>Tyler C. Liu<br>Ryan E. Conkin<br>STERNE, KESSLER, GOLDSTEIN<br>  & FOX P.L.L.C<br>1100 New York Avenue NW<br>Suite 600<br>Washington, DC 20005<br>(202) 371-2600<br>dvarughese@sternekessler.com<br>alarock@sternekessler.com<br>joskim@sternekessler.com<br>tliu@sternekessler.com<br>rconkin@sternekessler.com | YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP<br><br>*/s/ Samantha G. Wilson*<br>Anne Shea Gaza (No. 4093)<br>Samantha G. Wilson (No. 5816)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>swilson@ycst.com<br><br>*Attorneys for Defendants/Counterclaim Plaintiffs* |

*Attorneys for Chemo Research S.L., Insud Pharma S.L.U., and Xiromed, LLC*

Paul T. Meiklejohn
Geoffrey M. Godfrey
Janelle Luceria Elysee
DORSEY & WHITNEY LLP
701 Fifth Avenue, Ste. 6100
Seattle, WA 98104
meiklejohn.paul@dorsey.com
godfrey.geoff@dorsey.com
elysee.janelle@dorsey.com

*Attorneys for IntelGenx Corp. and IntelGenx Technologies Corp.*