IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BIODELIVERY SCIENCES INTERNATIONAL, INC. and ARIUS TOW, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civ. No. 22-1196-CFC |
| CHEMO RESEARCH SL, INSUD PHARMA S.L.U., INTELGENX CORP., INTELGENX TECHNOLOGIES CORP. and XIROMED, LLC, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER SETTING RULE 16(b) CONFERENCE FOR HATCH-WAXMAN PATENT CASE

1. A telephonic scheduling conference pursuant to Fed. R. Civ. P. 16(b) will be held on **Friday, January 13, 2023 at 11:30 a.m.** Counsel for Plaintiff shall coordinate the call and email the dial-in information to chambers at cfc_civil@ded.uscourts.gov.

2. The parties shall confer about scheduling and discovery limitations and attempt to reach agreement. The parties shall use as a basis for discussion the Court's "Scheduling Order for Hatch-Waxman Patent Infringement Cases" **(revised on April 26, 2022)**, available on the Court's website. No later than 48 hours before the scheduling conference, the parties shall file a proposed scheduling order using one of the forms listed above. If the parties have no disputes about the scheduling order, the Court will not require the parties to appear at a conference.

3. The parties shall direct any requests or questions regarding the scheduling or management of this case to the Court's Case Manager at (302) 573-6129.

12.12.22
Date

_____
Chief Judge