# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

**Jeremy A. Tigan**
(302) 351-9106
jtigan@morrisnichols.com

January 6, 2023

The Honorable Colm F. Connolly  *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
844 North King Street
Room 4124, Unit 31
Wilmington, DE 19801-3555

> Re: *BioDelivery Scis. Int'l, Inc. v. Chemo Research S.L.*;
> C.A. No. 22-1196 (CFC)

Dear Chief Judge Connolly:

    On behalf of the parties, we write concerning the Court's Order setting a Rule 16 conference in this case (D.I. 15). The parties have conferred and agree, subject to the approval of the Court, that this case would most efficiently be addressed in conjunction with the related case, C.A. No. 19-444-CFC. A status report is due in C.A. No. 19-444-CFC on February 1, 2023 (Aug. 24, 2022 Oral Order). Accordingly, the parties jointly request that the Rule 16 conference set for January 13, 2023, in this case be adjourned, with the parties to submit their respective positions about the status of both cases in their February 1 status report.

Respectfully,

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)

JAT/rah
cc: Clerk of the Court (via hand delivery)
      All Counsel of Record (via CM/ECF and e-mail)